```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

TIMOTHY REIF, ET AL.,
                    Plaintiffs,

   - against -                            23-cv-3009 (JGK)

THE SANTA BARBARA MUSEUM OF ART,          ORDER
                    Defendant.

---

JOHN G. KOELTL, District Judge:

In view of the dismissal of the claims against The Santa Barbara Museum of Art (ECF No. 35), the Clerk of Court is respectfully directed to close this action and all pending motions. The related cases -- Nos. 22-cv-10625, 23-cv-346, 23-cv-2108, and 23-cv-2443 -- remain open. The Clerk should enter this Order in all the related cases.

**SO ORDERED.**

Dated:   New York, New York
         August 10, 2023

                                        /s/ John G. Koeltl
                                        _____
                                        John G. Koeltl
                                        United States District Judge