UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY REIF, ET AL.,                    22-cv-10625 (JGK)

                    Plaintiffs,     [related case nos.
                                          23-cv-2108;
    - against -                         23-cv-2443]

REPUBLIC OF AUSTRIA, ET AL.,             ORDER

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are granted leave to file a second amended complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

    The parties are directed to provide the Court with a proposed schedule by Friday, **September 13, 2024**.

    The current motion to dismiss the first amended complaint (ECF No. 88) is denied without prejudice to renew.

    The Clerk is respectfully directed to close ECF Nos. 40, 54, 88, and 93.

SO ORDERED.

Dated:    New York, New York
          September 10, 2024

                                                /s/ John G. Koeltl
                                                John G. Koeltl
                                       United States District Judge